PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jeanette Hartwell  Cr.: 15-00364-001
PACTS #: 1357721

Name of Sentencing Judicial Officer:   THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/25/2018

Original Offense:   Count One: Conspiracy To Distribute and Possess with Intent to Distribute Heroin, 21 U.S.C. § 846

Original Sentence: 60 months probation

Special Conditions: $100 Special Assessment (paid), Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Life Skills Counseling, Educational Services, Mental Health Treatment, Motor Vehicle Compliance, Pretrial Opportunity Program (POP)

Type of Supervision: Probation  Date Supervision Commenced: 01/25/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On November 7, 2019, Hartwell tested positive for morphine, fentanyl and tramadol at her treatment program, Integrity House, which was confirmed by laboratory testing. |
| | On November 13, 2019, Hartwell tested positive for opiates and fentanyl at the Probation Office and admitted to using heroin the previous week. She signed a Drug Admission form on this date. |
| | The Probation Office does not believe Hartwell has been completely forthcoming about her use, as opiates are typically undetectable in a urine sample 48 hours after use. |

U.S. Probation Officer Action:

The probation office along with her current treatment counselor at Integrity House in Newark, New Jersey recommended a higher level of substance abuse treatment. Hartwell was referred to a long-term inpatient substance abuse treatment program, New Hope Behavioral in Marlboro, New Jersey. She will enter the detoxification center at New Hope today. The probation office will also explore possible medication assisted treatment, specifically Vivitrol and transitional sober-living housing as an aftercare treatment plan. Hartwell is agreeable to this treatment plan.

Respectfully submitted,

By: Dana Hafner
Senior U.S. Probation Officer
Date: 11/15/2019

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

November 18, 2019
_____
Date